THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BATES, Relator, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.